1

2

3     **UNITED STATES DISTRICT COURT**

4     **DISTRICT OF NEVADA**

5     * * *

6     EMERY NELSON SLAYDEN,                    Case No. 2:25-cv-00691-RFB-EJY

7                    Plaintiff,

8          v.                                   **ORDER**

9     VICKIE MONROE, WILLIAM KEPHART,
      EIGHTH JUDICIAL DISTRICT COURT,
10

11                    Defendants.

12          Before the Court for consideration is the Report and Recommendation (ECF No. 3) of

13    the Honorable Judge Elayna J. Youchah, United States Magistrate Judge, entered on April

14    22, 2025. A district court "may accept, reject, or modify, in whole or in part, the

15    findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may

16    file specific written objections to the findings and recommendations of a magistrate judge. 28

17    U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the

18    district court is required to "make a de novo determination of those portions of the

19    report or specified proposed findings or recommendations to which objection is made." 28

20    U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however,

21    a district court is not required to conduct "any review," de novo or otherwise, of the report

22    and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant

23    to Local Rule IB 3-2(a), objections were due by May 6, 2025. No objections have been filed.

24    The Court has reviewed the record in this case and concurs with the Magistrate

25    Judge's recommendation.

26    ///

27    ///

28    ///

1    **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 3) is

2    **ACCEPTED** and **ADOPTED** in full.

3    **IT IS FURTHER ORDERED** that the Plaintiff not be given leave to amend his

4    Complaint (ECF No. 1-1) and that this Complaint be dismissed with prejudice.

5

6    **DATED:** October 15, 2025.

7    _____

8    **RICHARD F. BOULWARE, II**
     **UNITED STATES DISTRICT JUDGE**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28